**ORIGINAL**

**FILED**

05/10/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 18-0597

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 18-0597

_____

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

VAUGHN DAVID JAMES,

      Defendant and Appellant.

_____

FILED

MAY 10 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

**O R D E R**

Following this Court's stay of appeal and remand to the District Court for additional rulings, Appellant Vaughn David James filed his opening brief in this matter on October 25, 2021. The State's Brief in Response presently is due May 25, 2022.

The State now moves to strike Appellant's Appendices C, D, E, and G. Each is a document from a separate case, _State v. Noel_, Montana Twentieth Judicial District Court, Sanders County Cause No. DC-16-51. Ms. Noel is the victim of the offense with which James was charged. The appendices relate to James's argument that the District Court erred in excluding evidence about Noel's charges in Sanders County, which James argued was relevant to prove Noel's motive to fabricate a sexual assault claim against him to excuse her bond violations and to garner a lenient sentence in her own criminal case. The State objects to this Court's consideration of those documents because they were not in the District Court record in James's case and are not part of the record on appeal. The motion requests that the Court also strike references in the Opening Brief to these appendices and to related information from the proceedings against Noel, none of which was before the District Court in this matter when it made the rulings challenged on appeal.

The State represents that counsel for the Appellant was contacted about the motion to strike and objects. Appellant, however, has filed no response.

Upon consideration, the Court concludes that the motion is well taken. M. R. App. P. 8(1) defines the record on appeal as "the original papers and exhibits filed in the district court, the transcript of proceedings, if any, and a certified copy of the docket entries prepared by the clerk of the district court," in addition to a copy of any challenged jury instruction. "Parties on appeal are bound by the record." *Brunette v. State*, 2016 MT 128, ¶ 16, 383 Mont. 458, 372 P.3d 476 (quoting *State v. MacKinnon*, 1998 MT 78, ¶ 15, 288 Mont. 329, 957 P.2d 23). This Court's review will be based on evidence that was before the District Court when it made its rulings.

IT IS THEREFORE ORDERED that the State's motion is GRANTED. Appendices C, D, E, and G to Appellant's Opening Brief are hereby stricken, and the Court will disregard any factual statements or arguments in the Appellant's brief that reference or rely on them.

The Clerk is directed to notify all counsel of record of the entry of this Order.

DATED this 10 day of May, 2022.

_____
Chief Justice

_____

_____

_____

_____
Justices

2